# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-10171 JAK (MRWx) | Date | March 20, 2020 |
| Title | Shayler v. 450 E. Manchester LLC | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

    1.    Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 15.) The motion is accompanied by a statement that indicates that Defendant failed to confer in accordance with this Court's Local Rule 37-1. (Docket # 15-2.)

    2.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by April 3, at 12:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

    3.    Due to the ongoing court closure for the coronavirus outbreak, the hearing on the motion (requested for April 29) is VACATED. The Court will contact the parties if any telephone or video conference will be set in the action.